IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-20516
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

MARGARITA MORIN-GONZALEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-95-CR-216-2)
_____

August 06, 1998

Before KING, SMITH, and PARKER, Circuit Judges.

PER CURIAM:[*]

After reviewing the briefs and the record and hearing argument, we are not persuaded that the evidence was insufficient to support the appellant's conviction for conspiracy to possess with the intent to distribute cocaine in violation of 21 U.S.C. § 846 and aiding and abetting the possession with the intent to distribute cocaine in violation of 21 U.S.C. §§ 841(a)(1) (b)(1)(B).  We elect not to address the appellant's claim that

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

she received ineffective assistance of counsel on the basis that the record is not sufficiently developed to permit a decision on those issues. Should the appellant elect to pursue those claims further, she should do so in the context of a 28 U.S.C. § 2255 action.

AFFIRMED.